**2014–0531.   Cincinnati v. Testa.**
Board of Tax Appeals, Nos. 2011–143 through 2011–148. This cause is pending before the court as an appeal from the Board of Tax Appeals.

It is ordered by the court, sua sponte, that appellant, Paul Macke, show cause within ten days as to why the appeal should not be dismissed for lack of jurisdiction for failure to timely file the notice of appeal with the Board of Tax Appeals as required by R.C. 5717.04. Appellee may file a reply to appellant's response within ten days of the filing of the response.

**2014–0852.   Cuyahoga Cty. v. Testa.**
Board of Tax Appeals, No. 2011–843. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellee's motion for the Supreme Court to hear oral argument and motion to hold oral argument on the same day as case No. 2014–0531, it is ordered by the court that the motion to hear oral argument is denied, and the motion to hold oral argument on the same day as case No. 2014–0531 is denied as moot.